UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLORY LICENSING LLC<br><br>           Plaintiff,<br><br>    v.<br><br>SEARS, ROEBUCK AND CO.<br><br>           Defendant. | Case No. 2:09-CV- 6261 (FSH)(MAS) |

This matter came before the Court on Defendant Sears, Roebuck and Co.'s Application to Stay pending a decision by the Court of Appeals for the Federal Circuit. The Court has considered Defendant's motion, having heard oral argument of counsel, being fully advised on all relevant matters, and with good cause appearing, therefore:

**IT IS HEREBY ORDERED** that Defendant's Application be and hereby is GRANTED. This action is stayed pending a ruling by the Court of Appeals for the Federal Circuit in *Eon-Net LP v. Flagstar Bancorp*, No. 2009-1308 (Fed. Cir.).

SO ORDERED.

Dated: August 18, 2010

_____
Judge Faith S. Hochberg, U.S. District Judge